# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RICKEY L. CLARK & YVONNE M. CLARK           Case Number: 06-70521
1141 PENNY LANE                 SSN-xxx-xx-7680 & xxx-xx-2811
SYCAMORE, IL  60178

Case filed on: 4/3/2006
Plan Confirmed on: 9/15/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $26,763.78          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JACQUELINE MONTVILLE | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICKEY L. CLARK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ABN AMRO MORTGAGE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ASSOCIATED BANK | 51,180.34 | 0.00 | 0.00 | 0.00 |
| 003 | THE NATIONAL BANK & TRUST CO SYCAMORE | 13,148.86 | 13,148.86 | 9,216.36 | 1,270.46 |
|  | Total Secured | 64,329.20 | 13,148.86 | 9,216.36 | 1,270.46 |
| 005 | MARATHON ASHLAND PETROLEUM LLC | 721.11 | 721.11 | 134.06 | 0.00 |
| 006 | ALLIANT CREDIT UNION | 2,559.42 | 2,559.42 | 510.67 | 0.00 |
| 007 | ALLIANT CREDIT UNION | 15,483.67 | 15,483.67 | 3,089.36 | 0.00 |
| 008 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 2,876.85 | 2,876.85 | 574.00 | 0.00 |
| 009 | AMERICAN GENERAL FIN. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BP / CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CBU / SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | B-REAL LLC | 11,395.82 | 11,395.82 | 2,273.74 | 0.00 |
| 013 | CHASE / BANK ONE CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 3,498.17 | 3,498.17 | 697.97 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 1,900.62 | 1,900.62 | 379.22 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 14,883.83 | 14,883.83 | 2,969.68 | 0.00 |
| 019 | NORDSTROM FSB | 1,743.40 | 1,743.40 | 347.85 | 0.00 |
| 020 | SIMMONS FIRST NATIONAL BANK | 5,326.77 | 5,326.77 | 1,062.82 | 0.00 |
| 021 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | LVNV FUNDING LLC | 919.57 | 919.57 | 170.94 | 0.00 |
|  | Total Unsecured | 61,309.23 | 61,309.23 | 12,210.31 | 0.00 |
|  | Grand Total: | 128,638.43 | 77,458.09 | 23,926.67 | 1,270.46 |

Total Paid Claimant:      $25,197.13
Trustee Allowance:        $1,566.65           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     19.92             discharging the trustee and the trustee's surety from any and all
                                              liablility on account of the within proceedings, and closing the estate,
                                              and for such other relief as is just.  Pursuant to FRBP, I hereby
                                              certify that the subject case has been fully administered.

Report Dated:

        /s/ Lydia S. Meyer
        Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>10/30/2008</u>          By <u>/s/Heather M. Fagan</u>